July 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

FREDERICK L. NICHOLAS, Appellant

NO. 14-15-00403-CV            V.

ENVIRONMENTAL SYSTEMS (INTERNATIONAL) LIMITED, BRIAN G. COOK, REIF WINERY INC. (C.O.B. AS REIF ESTATE WINERY), KLAUS REIF AND RE/DEFINING WATER INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Environmental Systems (International) Limited, Brian G. Cook, Reif Winery Inc. (c.o.b. as Reif Estate Winery), Klaus Reif and Re/Defining Water Inc., signed February 4, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Frederick L. Nicholas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.